UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60144-SMITH/HUNT

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

SERGEI MARGULIAN,

    *Defendant.*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . /

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND REPORT RE: COUNSEL

The Defendant, Sergei Margulian, through undersigned temporary counsel and without opposition by the government, moves this Court for a 14-day continuance of his Arraignment and Report re Counsel hearing, currently scheduled for Monday, July 7, 2025, and as grounds states as follows:

1. Dr. Margulian made his initial appearance on Monday, June 23, 2025. DE#7. On this date, undersigned counsel filed Notices of Temporary Appearance as Counsel. DE#21; DE#22.

2. At the initial appearance, an Arraignment and Report re Counsel hearing was scheduled for Monday, July 7, 2025. DE#7.

3. Dr. Margulian is working towards retaining his counsel of choice. Additional time is necessary to make financial arrangements.

4.       Dr. Margulian, therefore, respectfully requests a 14-day continuance of his scheduled Arraignment and Report Re Counsel so that he can retain his counsel of choice.

5.       Dr. Margulian is aware that such continuance will be excludable time for the purposes of computing Speedy Trial Act deadlines.

Undersigned counsel conferred with the government, who advised that the government does not oppose a 14-day continuance of Dr. Margulian's Arraignment and Report re Counsel hearing.

WHEREFORE, Dr. Margulian respectfully requests that this Court continue his Arraignment and Report re Counsel for 14 days.

>                Respectfully submitted,
>
>                **BLACK SREBNICK**
>                201 South Biscayne Boulevard, Suite 1300
>                Miami, Florida 33131
>                Tel. (305) 371-6421
>
>                By:/s/ *Alyssa Silvaggi*
>                  **HOWARD SREBNICK**
>                  Florida Bar No. 919063
>                  E-mail: HSrebnick@RoyBlack.com
>                  **ALYSSA SILVAGGI**
>                  Florida Bar No. 114129
>                  E-mail: ASilvaggi@RoyBlack.com