UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-60144-RS

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**SERGEI MARGULIAN,**
    **Defendant.**

_____/

### CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, HOWARD SREBNICK, as counsel for the defendant, SERGEI MARGULIAN, hereby certify the following:

Check the applicable sections:

[X]  ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

[ ]  EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:    /s/ Howard Srebnick                    Date: July 7, 2025
              **BLACK SREBNICK**
              201 South Biscayne Boulevard, Suite 1300
              Miami, Florida 33131
              Tel. (305) 371-6421
              Florida Bar No. 919063
              E-mail: HSrebnick@RoyBlack.com