# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**  **Date:** 7/21/2025  **Time:** 11:00AM

---

**Defendant:** Sergei Margulian (B)  **J#:** 91883-511  **Case #:** 25-cr-60144-RS
**AUSA:** Justin McCormack for Jacqueline Zee DerOvanesian  **Attorney:** Dan Rashbaum, Howard Srebnick and Alyssa Silvaggi (Retained)
**Violation:** 21 U.S.C. § 846 - Conspiracy to distribute a controlled substance; 21 U.S.C. § 841(a)(1) - Distributing a controlled substance
**Proceeding:** Arraignment/RRC   **CJA Appt:**
**Bond/PTD Held:** ☐ Yes  ☐ No   **Recommended Bond:**
**Bond Set at:** $500,000 PSB   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

**Language:** English

**Disposition:**
Def. present in court with counsel. Attorney Dan Rashbaum filed Notice of Permanent Appearance in open court. See notice. Arraignment held. Formal reading of Indictment waived. Not guilty plea entered. Jury trial demanded. Defense ore tenus motion for entry of standing discovery order – granted. All further proceedings before Judge Smith.

**\*\*Brady order entered.**

---

**NEXT COURT APPEARANCE**  **Date:**  **Time:**  **Judge:**  **Place:**

**Report Re Counsel:**
**PTD/Bond Hearing:**
**Prelim/Arraign** or Removal:
Status Conference RE:

**D.A.R.** 11:24:49   **Time in Court:** 5 minutes.

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..