IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

vs.                                                                                    Case No.: 25-cr-20229-RAR

GREGORI ARZUMANOV,
Defendant.

### *UNOPPOSED MOTION TO TRAVEL*

COMES NOW, the defendant, by and through undersigned counsel, and respectfully requests this Honorable Court grant him approval to travel to Gainesville, Florida to assist his son in moving into the University of Florida for the fall semester from August 20-22, 2025. As grounds in support thereof the defense would state the following:

1. Mr. Arzumanov's son is attending the University of Florida for the fall semester and Mr. Arzumanov would like to assist him with the move-in process from August 20-22, 2025.

2. Mr. Arzumanov will provide a detailed itinerary to his U.S. Probation Officer prior to travel.

3. AUSA Ilana Malkin has no objection to this motion.

WHEREFORE Mr. Arzumanov respectfully requests this motion be granted.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com