IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

vs.                                                                                  Case No.: 25-cr-60144-RS

DAMARY MENDEZ,
Defendant.

## *UNOPPOSED MOTION TO TRAVEL*

COMES NOW, the defendant, by and through undersigned counsel, and respectfully requests this Honorable Court grant her approval to travel to Hudson, Florida to prepare a property for rent from August 18-21, 2025. As grounds in support thereof the defense would state the following:

1. Ms. Mendez owns a property in Hudson, Florida that she needs to prepare to rent out. As a result she wishes to travel to Hudson, Florida from August 18-21, 2025.

2. Ms. Mendez will provide a detailed itinerary to his U.S. Probation Officer prior to travel.

3. DOJ Trial Attorney Jacqueline DerOvanesian has no objection to this motion.

WHEREFORE Ms. Mednez respectfully requests this motion be granted.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com