UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60144

USA

Plaintiff(s),

vs.

Sergei Margulian

Defendant(s).
_____/

FILED BY _EB_ D.C.

AUG 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[X] Stored by Records Section in: [ ] Miami [ ] FTL [X] WPB

[X] Other (Explain): Defendants Paper Exhibits 1 & 2

[ ] Attachments
(Exhibit list, Order of Court)

Exhibits Released by:
_____ (EZB)
(Deputy Clerk)

Signature: _____
Print Name: William Lopera
Agency or Firm: Marcus Rashbaum Pineiro & Meyers LLP
Address: 2 S. Biscayne Blvd. Ste 2530
Miami, FL 33131
Telephone: 305-400-4263
Date: Aug. 15, 2025

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record