**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-CR-60144-ARTAU/AUGUSTIN-BIRCH**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**SERGEI MARGULIAN,**

      **Defendant.**

_____/

**ORDER GRANTING IN PART AND**
**DENYING IN PART DEFENDANT'S MOTION TO**
**AMEND ORDER SETTING CONDITIONS OF RELEASE**

This cause comes before the Court on Defendant Sergei Margulian's Motion to Amend Order Setting Conditions of Release. DE 78. The Honorable Ed Artau, United States District Judge, referred the Motion to the undersigned United States Magistrate Judge. DE 79. The Court held a hearing on Defendant's Motion on November 4, 2025, pursuant to Federal Rule of Criminal Procedure 32.1(c). Having carefully considered the record, the briefing, and the arguments made by counsel, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion [DE 78].

This Court previously released Defendant on a $500,000 personal surety bond and imposed certain bond conditions, such as a daily curfew from 8 p.m. to 7 a.m., GPS monitoring, and a prohibition on working in the healthcare field. DE 30. In his Motion, Defendant seeks the following modification to his bond conditions. First, Defendant requests that his curfew be modified to 11:30 p.m. to 6:00 a.m. DE 78 at 2. Second, Defendant requests the use of the SmartLink application to monitor his location as opposed to a GPS ankle monitor. *Id.* Third, Defendant requests permission to sell his medical practice in Davie, Florida. *Id.* Lastly, Defendant requests permission to perform

esthetic procedures, such as Botox, fillers, and IV therapy. *Id.* at 3. The Government does not oppose permitting Defendant to sell his medical practice in Davie, Florida and agrees to a modification of Defendant's curfew of 10:00 p.m. to 7:00 a.m. *Id.* The Government otherwise opposes Defendant's requested modifications. *Id.* at 2–3.

For the reasons stated on the record, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion and **ORDERS** as follows:

1. Defendant's curfew is modified to 11 p.m. to 7 a.m.;

2. The United States Probation Office shall remove Defendant's GPS ankle monitor and monitor Defendant's location using the SmartLink application;

3. Defendant may sell Aestheta, his medical practice located at 4296 South University Drive, Davie, Florida, 33328; and

4. Defendant may perform esthetic procedures, provided he surrenders his Drug Enforcement Administration registration and does not write prescriptions for controlled substances or pain management.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of November, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE